**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 53 MAL 2015
:
           Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
RAYON DAMION SCARLETT, :
:
         Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.